# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

## NO. 03-23-00417-CR

**The State of Texas, Appellant**

**v.**

**James Oakley, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

## NO. 03-23-00418-CR

**The State of Texas, Appellant**

**v.**

**James Oakley, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the orders entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's orders. Therefore, the Court reverses the district court's orders and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2024

### NO. 03-23-00419-CR

**The State of Texas, Appellant**

**v.**

**James Oakley, Appellee**

---

**APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.